## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| **PLAINTIFF** | 12-0626 M |
| v. | |
| Okoro, Junior Philips | **REPORT COMMENCING CRIMINAL ACTION** |
| **DEFENDANT(S).** | |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

2012 MAR 22   AM 10: 09   FILED
BY: CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest: _3/22/2012_   _6:00 am_   ☑ AM / ☐ PM

2.  Defendant is in lock-up (in this court building)   Yes ☑      No ☐

3.  Charges under which defendant has been booked:
    _18 USC 1349 & 1344 - Conspiracy to commit Bank Fraud_

4.  Offense charged is a: ☑ Felony      ☐ Minor Offense      ☐ Petty Offense      ☐ Other Misdemeanor

5.  U.S. Citizen: ☐ Yes      ☑ No      ☐ Unknown

6.  Interpreter Required: ☑ No      ☐ Yes: _____ (Language)

7.  Year of Birth: _1968_

8.  The defendant is: ☑ Presently in custody on this charge.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

9.  Place of detention (if out-of-district): _N/A_

10. Date detainer placed on defendant: _N/A_

11. This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____ )

12. Does the defendant have retained counsel ?   ☑ No
    ☐ Yes     Name: _____     and Phone Number: _____

13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: _Duty_     Time: _8:30_   AM / PM

14. Remarks (if any): _____

15. Date: _3/22/2012_

16. Name: _EVE WILLIAMS_   (Please Print)

17. Agency: _USPIS_

18. Signature: _[signature]_

19. Office Phone Number: _(213) 830-2558_